Cite as 2017 Ark. 227

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS JUDICIAL DISCIPLINE AND DISABILITY COMMISSION | **Opinion Delivered:** June 22, 2017 |

## PER CURIAM

State District Judge Tommy Fowler of Jonesboro is appointed, effective July 1, 2017, to the Arkansas Judicial Discipline and Disability Commission for a six-year term to expire on June 30, 2023. The court thanks Judge Fowler for accepting appointment to this important position. The court expresses its gratitude to Judge Joyce Warren, whose term will expire on June 30, 2017, for her years of dedicated service to the commission.